Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

Kelly LaRoe
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Commonwealth of Mass Division of
Law appeals BSEA
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

The Springfield Public
Schools

) Case No.
) _____
) (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one) [ ] Yes [X] No
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kelly LaRoe
   Street Address: 103 Drexel St.
   City and County: Spfld, MA 01104 Hampden County
   State and Zip Code:
   Telephone Number: 413-355-0639
   E-mail Address: Kelly-LaRoe@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Commonwealth of Mass Law Appeals Bureau of Special Education Appeals
- Job or Title (if known):
- Street Address: 14 Summer Street 4th floor,
- City and County: Malden  Suffolk County
- State and Zip Code: MA  02148
- Telephone Number: 781-397-4750
- E-mail Address (if known):

Defendant No. 2
- Name: Springfield Public Schools
- Job or Title (if known): School District
- Street Address: 1550 Main St.
- City and County: Springfield  Hampden County
- State and Zip Code: MA  01104
- Telephone Number: 413-787-7100
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. IDEA (20 USC 1400 et seq
2. 504 Rehabilitation Act of 1973 (29 USC 794)
3. Special Education State law MGL c.71B, Administrative Procedure Act MGL c. 30A)
4. 347.U.S 497

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Bureau of Special Education Appeals, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Malden, Massachusetts.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BSEA

1. defendant showed favoritism and was not impartial in this hearing.

2. BSEA Hearing Officer (HO) did not look at all the evidence

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I seek to overturn the BSEA Decision

2. I seek reimbursement for transportation expenses $7,000 paid by me that were suppose to be free to student

3. I seek to add audio tape of meeting at issue that was denied by Hearing Officer stacking odds against me

Page 4 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation Springfield Public Schools
The defendant, (name) _____, is incorporated under the laws of the State of (name) Massachusetts, and has its principal place of business in the State of (name) Massachusetts
Or is incorporated under the laws of (foreign nation) Springfield
and has its principal place of business in (name) _____, Massachusetts

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BSEA

1. defendant showed favoritism and was not impartial in this hearing.

2. BSEA Hearing Officer (HO) did not look at all the evidence

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I seek to overturn the BSEA Decision

2. I seek reimbursement for transportation expenses paid by me that were suppose to be free to student $7,000

3. I seek to add audio tape of meeting at issue that was denied by Hearing Officer stacking odds against me

Statement of Claims cont'd
BSEA

3. Transcript and decision have confusing differences regarding district testimony

 1. HO caught witness coaching a witness during testimony.

 2. Several witness committed perjury and HO allowed it even when given proof of perjury

 3. HO ruled in favor of district ignoring expert testimony that no documentations exists supporting district claim that Autism caused Ollie's reading struggle.

Statement of Claims

Springfield Public Schools

1. Denial of a Free Appropriate public education

2. Failure to Identify Dyslexia

3. Retaliation for participating in protected activities

4. Violation of right to be free from harassment

Civil Claim

IV relief continued

4. I seek additional Educational IEP Services past his 22cnd

5. I seek any other relief the Court deems appropriate

6. I seek to supplement the record to include documents withheld from me in the discovery process

7. I seek to find to Springfield Public School Abused it's power and discriminated against a black disabled Student

8. I seek a decision the the Hearing Officer did not thoroughly look at evidence and rule without completely evaluating facts

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-8-2021

Signature of Plaintiff

Printed Name of Plaintiff  Kelly LaRue

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address