UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KELLY LaROE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 21-30020-MGM |
| v. | * | |
| | * | |
| COMMONWEALTH OF MASSACHUSETTS, | * | |
| DIVISION OF LAW APPEALS BSEA, and | * | |
| SPRINGFIELD PUBLIC SCHOOLS, | * | |
| | * | |
| Defendants. | * | |

<u>MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR EMERGENCY INJUNCTION FOR STUDENT TO REMAIN IN CURRENT PLACEMENT DURING FEDERAL APPEAL OF FAPE</u>
(Dkt. Nos. 46 and 63)

May 16, 2022

MASTROIANNI, U.S.D.J.

In a Report and Recommendation issued April 20, 2022 (Dkt. No. 63), Magistrate Judge Katherine A. Robertson recommended the court deny Plaintiff's Motion for Emergency Injunction for Student to Remain in Current Placement During Federal Appeal of FAPE (Dkt. No. 46). Through her motion, Ms. LaRoe sought an order requiring that the Springfield Public Schools maintain the educational placement for her son, referred to as Ollie L., who turned twenty-two on April 6, 2022, for the duration of this litigation. After reviewing the First Circuit's decision in *Pihl v. Mass. Dept. of Educ.*, 9 F.3d 184 (1st Cir. 1993), and relevant cases decided in other circuits, Judge Robertson concluded that the IDEA's "stay put" provision is not applicable once a student turns twenty-two. The Report and Recommendation notified Plaintiff that she had fourteen days to file an objection. No objection has been filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 63.) Based upon this, Plaintiff's Motion for Emergency Injunction for Student to Remain in Current Placement During Federal Appeal of FAPE (Dkt. No. 46) is hereby DENIED.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge